RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 25 2024

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT

STATE OF GEORGIA

JUSTIN LASTER, JUSTIN LASTER FOR
CONGRESS, CANDIDATE U.S. CONGRESS
GEORGIA 8TH DISTRICT

Plaintiff

v.

CIVIL ACTION

FILE NO.: 1:24-CV-5434

GEORGIA SECRETARY OF STATE
BRADFORD JAY RAFFENSPERGER IN
HIS OFFICIAL CAPACITY, GEORGIA
SECRETARY OF STATE OFFIC

Defendants

EMERGENCY APPLICATION INJUNCTIVE RELIEF, PRELIMINARY INJUNCTION OF GEORGIA SECRETARY OF STATE BRADFORD JAY RAFFENSPERGER & GEORGIA SECRETARY OF STATE OFFICE UNLAWFULLY DENIED JUSTIN LASTER, POLITICAL CANDIDATE FOR U.S. HOUSE OF REPRESENTATIVE GEORGIA 8TH CONGRESSIONAL DISTRICT NAME ON LIST OF REGISTERED CERTIFIED QUALIFIED CANDIDATES GEORGIA VOTERS COULD VOTE FOR & ELECT AS THEIR NEW U.S. HOUSE REPRESENTATIVE GEORGIA 8TH CONGRESSIONAL DISTRICT & RECOUP OF MONETARY DAMAGES CAUSED TO MY CANDIDACY & CAMPAIGN VIOLATIONS OF 18 U.S. CODE § 595, 18 U.S. CODE § 594, 52 U.S. Code § 10101, 52 U.S. CODE § 10304, O.C.G.A. § 21-2-133

COMES NOW, Justin Laster, the Plaintiff, HEREBY moves and requests the court to Issue an Emergency ORDER, Injunctive Relief, and Preliminary Injunction on the Georgia Secretary of State Bradford Jay Raffensperger in his Official Capacity and the Georgia Secretary of State Office as Administrator of Georgia Federal U.S. General Elections that Already Started and Commenced on Tuesday, October 15, 2024 and will Conclude and End Tuesday, November 5, 2024 for all Elected Offices up for Re-Election to CEASE and STOP ALL Unlawful Conduct

that have DENIED a LAWFUL and QUALIFIED WRITE-IN CANDIDATE their RIGHT to be LAWFULLY PLACED on the LIST of REGISTERED WRITE-IN CANDIDATES to be Voted for the November 5, 2024 Georgia U.S. Federal General Election which EARLY VOTING Started Tuesday, October 15, 2024 and will continue through Friday, November 1, 2024 and ELECTION DAY in Georgia is November 5, 2024.

1. I, Justin Laster, filed for Notice of Candidacy and additional paperwork with the Federal Elections Commission on January 26, 2023 to be Elected to the Office of U.S. House of Representatives Georgia 8th Congressional District against Incumbent James Austin Scott, known as "Austin Scott" and I have been running my campaign since February of 2023 and I visited the Georgia Secretary of State Office at the end of December 2023 to find out when the 2024 Election Qualified Candidates documents would be available and the 2024 Election Year Calendar of Important Dates Deadlines would be available and they stated to me, "in a few weeks close to the middle of January 2024."

2. I requested a Congressional 8 Voter List for $50 which have been increased to $125 on Tuesday, January 2, 2024 at 1:44 pm on the Georgia Secretary of State Online Voter List website https://georgiasecretaryofstate.net/collections/voter-list-1 My Order Number was # 56006. The Georgia Secretary of State office on Monday, January 8, 2024 at 5:05 pm at email voterlists@sos.ga.gov Subject titled Voter Lists Order # 56006 stated, "Good day Justin Laster, I hope this message finds you safe and well. The report(s) you ordered may be accessed using the enclosed link/passcode. Be sure you do not add any blank spaces before or after the passcode. PLEASE NOTE: If you have not specified the type of district that you wanted your report filtered down to, we have provided you with a county/city (whichever is relevant to your order) list instead. Your data will be contained within this list and can be filtered upon with your own discretion. PLEASE NOTE: This link will expire in 30 days. Please open, download, and save this file to your local server or hard drive before the link expires. Voter Lists are currently delivered in the .csv format, comma delimited. If you are having trouble opening the csv file in Excel, please visit this link for assistance: Text Import Wizard - Microsoft Support. Additionally, some of you may find useful these YouTube videos for filtering data within an Excel/csv file: Filter important data using Excel – YouTube& Load Large Data into Excel- YouTube. PLEASE LET US KNOW ASAP IF THE ENCLOSED DATA IS NOT THE DATA YOU HAVE REQUESTED/PURCHASED. SharePoint Link: GA Congressional District 8_2024-01-08.csv

Apologies for the delay in delivery. We are still undergoing system enhancements and refinement procedures.

3. I came to the Georgia Capitol on Monday, March 4, 2024 around 3:00 pm in the afternoon to Qualify for the Nominating Process with Nominating Petition for the Qualifying week of March

4, 2024 – March 8, 2024 at 12:00 noon. I decided that I was not going to continue my Candidacy with Nominating Petitions and running in the Georgia Primary on May 21, 2024, so I submitted to the Georgia Secretary of State office on Monday, March 4, 2024 around 4:00 pm in the afternoon a Notice of Intent WRITE-IN CANDIDATE document with no AFFIDAVIT NOTARIZED attached.

5. I placed an AD for $185 in the Cordele Dispatch on May 29, 2024 which stated, " WRITE-IN ELECT JUSTIN LASTER U.S. CONGRESS 8TH DISTRICT TUESDAY, NOVEMBER 5, 2024 It's Time To Try Someone New justindlaster.com".

6. I placed another AD in the Cordele Dispatch for $185 on June 26, 2024 which stated, "WRITE-IN ELECT JUSTIN LASTER U.S. CONGRESS 8TH DISTRICT Early Voting: October 15th – November 1st, 2024 Justin Laster Is Your Champion justindlaster.com".

7. I went to the Georgia Secretary of State office on Wednesday, July 10, 2024 and I submitted my NOTICE OF INTENTION FOR WRITE-IN CANDIDACY at 2:24 pm and my AFFIDAVIT FOR PUBLISHED NOTICE OF A WRITE-IN CANDIDACY document at 2:25 pm to be placed on the Registered List of WRITE-IN CANDIDATES for the November 5, 2024 Georgia Federal U.S. General Elections.

8. The deadline for WRITE-IN CANDIDATES to QUALIFY for Georgia November 5, 2024 U.S. General Election was Friday, September 6, 2024 and the Georgia Secretary of State office released its' CERTIFIED QUALIFIED WRITE-IN CANDIDATES LIST on Friday, September 13, 2024 and I had to raise the money to file this EMERGENCY APPLICATION, INJUNCTIVE RELIEF, and PRELIMINARY INJUNCTION to FORCE THE Georgia Secretary of State Bradford Jay Raffensperger and Georgia Secretary of State office in Compliance with Georgia Law and United States Federal Law.

9. I complied with O.C.G.A. § 21-2-133 Giving notice of intent of write-in candidacy; filing of affidavit; limitations on candidacy; certification of candidates of the Georgia Code and Georgia Law which states, "(a) No person elected on a write-in vote shall be eligible to hold office unless notice of his or her intention of candidacy was filed and published no earlier than January 1 and no later than the Tuesday after the first Monday in September prior to the election for county, state, and federal elections; no later than seven days after the close of the qualifying period for nonpartisan elections in the case of nonpartisan elections for state or county offices; no later than seven days after the close of the municipal qualifying period for municipal elections in the case of a general election; or no later than seven days after the close of the special election qualifying

period for a special election by the person to be a write-in candidate or by some other person or group of persons qualified to vote in the subject election, as follows:

(1) In a state general or special election, notice shall be filed with the Secretary of State and published in a newspaper of general circulation in the state; and

(b) In addition to the requirements contained in subsection (a) of this Code section, the person or persons giving notice of intention of candidacy for a write-in candidate shall also file, with the appropriate official specified in paragraph (1), (2), or (3) of subsection (a) of this Code section, a copy of the notice as published with an affidavit stating that the notice has been published and including the name of the newspaper and the date of publication, not later than the fifth day after the deadline for filing and publishing such notice. The affidavit may be made by the person giving notice of intention of candidacy or by the publisher of the newspaper in which the notice was published or by an employee of the newspaper designated by the publisher.

10. The Georgia Secretary of State Bradford Jay Raffensperger and the Georgia Secretary of State office violated O.C.G.A. § 21-2-133 (e) (1) The Secretary of State shall certify and transmit to the election superintendent of each county affected within five days following the deadline for the submission by write-in candidates of the notice and documentation required by this Code section to be a write-in candidate in a general or special election the names of all persons who have filed notices of intention to be write-in candidates with the Secretary of State for such general or special election.

11. I submitted lawful qualified candidate election documentation to the Georgia Secretary of State office with a copy of my published AD in the Cordele Dispatch Newspaper by providing the Georgia Secretary of State with a copy of the Newspaper that I purchased and Bradford Jay Raffensperger, the Georgia Secretary of State and the Georgia Secretary of State office Unlawfully Denied my name to be on the CERTIFIED WRITE-IN CANDIDATES LIST for the November 5, 2024 Georgia U.S. Federal General Election because the State of Georgia wanted to violate my right to have Georgia Voters vote to ELECT me to Georgia Congressional District 8 of the U.S. House of Representatives and unseat the Georgia Republican Incumbent Austin Scott that has been serving U.S. House Georgia District 8 since 2011 and this year he is very politically vulnerable this November General Election because of the policies and laws that the Georgia Republican have supported and attempted to pass into law.

12. Another reason the State of Georgia did not want me to get ELECTED in the State of Georgia is because I am actively suing them in a lawsuit against one of their State Governmental Entities and I have been filing complaints against a number of the State of Georgia

Governmental Entities including Georgia Department of Human Resources, Georgia Department of Corrections, and Georgia State Board Of Workers Compensation and I have been ACTIVELY and AGGRESSIVELY been campaigning against the Georgia Governor Brian Porter Kemp, Georgia Secretary of State Bradford Jay Raffensperger, Georgia Attorney General Christopher Michael Carr and the whole Georgia Republican Party which control and run the State of Georgia currently for the policies and actions they have taken in the State of Georgia.

13. Another reason Bradford Jay Raffensperger the Georgia Secretary of State and the Georgia Secretary of State Office Unlawfully Denied me my name on the Qualified Georgia 8th Congressional District Candidate List is he knew the 2024 U.S. House of Representatives the Republican Party controlled before the 2024 General Election was only a nine (9) seat Majority 222-213 which changed to an eight (8) seat Majority 220-212 because of vacancies and to Guarantee the Republican Party could Retain and Keep Control of the U.S. House of Representatives, the Georgia Secretary of State Bradford Jay Raffensperger and His Office Violated U.S. Federal Code Law and Georgia State Code Law to Secure and Guarantee the Republican Party, which he is a Member of Unlawfully Retain Control of the U.S. House of Representatives and Keep Power of the U.S. Government, that is why my Unseating U.S. House of Representatives Georgia 8th Republican Incumbent Austin Scott, James Austiin Scott, is the Motive that the Georgia Secretary of State Bradford Jay Raffensperger and His Office had to keep me from Getting Power by Being Elected to Georgia 8th Congressional U.S. House of Representatives Seat.

14. Another reason the State of Georgia and the Georgia Secretary of State Bradford Jay Raffensperger and His Office did not want my name on the Qualified Candidate's List so that Georgia 8th Congressional District Voters could Elect me to U.S. Congress U.S. house of Representatives and Unseat the Current Incumbent Austin Scott, James Austin Scott is because I talked and made a lot of videos that negatively affected Austin Scott's reputation in this Election and Re-Election Campaign, All True Information that would have Lawful Allowed me to Unseat Republican Incumbent Austin Scott U.S. House of Representatives Candidate and Seated Georgia U.S. Representative. Look at the 2024 Write In Candidates Election Results as Evidence and Proof: CERTIFICATION OF WRITE-IN VOTES Final Tally of Qualified Write-In Candidates for the November 5, 2024, General Election. President of the United States: Brian Kienitz   13   Nomusa Venita Smith   3   Peter Sonski   730   Jay J Bowman   30   President R Boddie   14   Shiva Ayyadurai   37   Susan Maude Buscher   3   Emily Mathews   19   André Ramon McNeil Sr   9   United States House of Representatives, District 6   Elfreda Desvinges   45   United States House of Representatives, District 11   Tracey Verhoeven   10,226   State Representative, District 139   Robert Mallard   40   None of these Qualified Candidates Running for these Seats for State and Federal Offices were not going to Win because they did not Aggressively Campaign against any of the Opponents they were Challenging to Win these Elected Seats. I ran an Aggressive Campaign for the U.S. Federal Office I wanted to Get Elected in and the State of Georgia, the Georgia Secretary of State Bradford Jay Raffensperger

and His Office knew this because they were paying Every Close Attention to my U.S. Federal Campaign against Republican Incumbent U.S. House Representative Austin Scott for the U.S. Federal Elected Office I wanted to Win.

15. The Last reason Bradford Jay Raffensperger the Georgia Secretary of State and His Office Denied Georgia 8th Congressional District Voters and me my name on the Qualified List for Georgia Voters could Elect me to the U.S. House of Representatives and Unseat Republican Incumbent Austin Scott, James Austin Scott is because the Current U.S. House of Representatives since the November 5, 2024 General Election is the Republican Party, Bradford Jay Raffensperger is a member of, has a six (6) seat Majority with several U.S. House Elections still Uncalled and Not Decided and if I was Elected to the U.S. House and Unseated Republican U.S. House Representative Austin Scott the Republican Majority would be even less than the 219 they Currently have against the Democratic Party which the Democrats have 213 U.S. House seats and that would cause the Republican Party a Harder time passing their Partisan Bills and Laws in their Party's Interests to Retain and Keep Power in the U.S. Government.

16. I am asking the court to ORDER AND FORCE Georgia Secretary of State Bradford Jay Raffensperger and the Georgia Secretary of State office to Comply with Georgia State Law O.C.G.A. § 21-2-133, United States Federal Law 18 U.S.Code Chapter 29 - ELECTIONS AND POLITICAL ACTIVITIES 18 U.S. Code § 595 - Interference by administrative employees of Federal, State, or Territorial Governments Whoever, being a person employed in any administrative position by the United States, or by any department or agency thereof, or by the District of Columbia or any agency or instrumentality thereof, or by any State, Territory, or Possession of the United States, or any political subdivision, municipality, or agency thereof, or agency of such political subdivision or municipality (including any corporation owned or controlled by any State, Territory, or Possession of the United States or by any such political subdivision, municipality, or agency), in connection with any activity which is financed in whole or in part by loans or grants made by the United States, or any department or agency thereof, uses his official authority for the purpose of interfering with, or affecting, the nomination or the election of any candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner, shall be fined under this title or imprisoned not more than one year, or both, 18 U.S. Code § 594 - Intimidation of voters Whoever intimidates, threatens, coerces, or attempts to intimidate, threaten, or coerce, any other person for the purpose of interfering with the right of such other person to vote or to vote as he may choose, or of causing such other person to vote for, or not to vote for, any candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner, at any election held solely or in part for the purpose of electing such candidate, shall be fined under this title or imprisoned not more than one year, or both, 52 U.S. Code § 10101 - Voting rights (b) Intimidation, threats, or coercion

No person, whether acting under color of law or otherwise, shall intimidate, threaten, coerce, or attempt to intimidate, threaten, or coerce any other person for the purpose of interfering with the right of such other person to vote or to vote as he may choose, or of causing such other person to vote for, or not to vote for, any candidate for the office of President, Vice President, presidential elector, Member of the Senate, or Member of the House of Representatives, Delegates or Commissioners from the Territories or possessions, at any general, special, or primary election held solely or in part for the purpose of selecting or electing any such candidate, (c) Preventive relief; injunction; rebuttable literacy presumption; liability of United States for costs; State as party defendant

Whenever any person has engaged or there are reasonable grounds to believe that any person is about to engage in any act or practice which would deprive any other person of any right or privilege secured by subsection (a) or (b), the Attorney General may institute for the United States, or in the name of the United States, a civil action or other proper proceeding for preventive relief, including an application for a permanent or temporary injunction, restraining order, or other order. If in any such proceeding literacy is a relevant fact there shall be a rebuttable presumption that any person who has not been adjudged an incompetent and who has completed the sixth grade in a public school in, or a private school accredited by, any State or territory, the District of Columbia, or the Commonwealth of Puerto Rico where instruction is carried on predominantly in the English language, possesses sufficient literacy, comprehension, and intelligence to vote in any election. In any proceeding hereunder the United States shall be liable for costs the same as a private person. Whenever, in a proceeding instituted under this subsection any official of a State or subdivision thereof is alleged to have committed any act or practice constituting a deprivation of any right or privilege secured by subsection (a), the act or practice shall also be deemed that of the State and the State may be joined as a party defendant and, if, prior to the institution of such proceeding, such official has resigned or has been relieved of his office and no successor has assumed such office, the proceeding may be instituted against the State, Fourteenth Amendment Section 1 All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws, Section 2

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State,

being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State, (d) Jurisdiction; exhaustion of other remedies

17. The district courts of the United States shall have jurisdiction of proceedings instituted pursuant to this section and shall exercise the same without regard to whether the party aggrieved shall have exhausted any administrative or other remedies that may be provided by law, and 52 U.S.C. § 10304 Voting and Elections Voting Rights Enforcement of Voting Rights Alteration of voting qualifications; procedure and appeal; purpose or effect of diminishing the ability of citizens to elect their preferred candidates (b) Any voting qualification or prerequisite to voting, or standard, practice, or procedure with respect to voting that has the purpose of or will have the effect of diminishing the ability of any citizens of the United States on account of race or color, or in contravention (an action that violates a law, treaty, or ruling) of the guarantees set forth in section 10303(f)(2) of this title, to elect their preferred candidates of choice denies or abridges the right to vote within the meaning of subsection (a) of this section.

18. I am asking the court because the U.S. District Court has Jurisdiction over this case because I am running for a U.S. Federal Office in Washington, D.C. that the State of Georgia Secretary of State office is just administering and presiding over.

19. I am asking the court to ORDER and FORCE Georgia Secretary of State Bradford Jay Raffensperger and the Georgia Secretary of State office to set a NEW DATE to RE-RUN the Georgia Federal Election of Congressional District 8 of which the Georgia Secretary of State Intentionally and Unlawfully Did Not Place My Name On The Qualified Registered List of WRITE-IN CANDIDATES for Georgia 8th Congressional District so that Georgia 8th Voters Will Not Be Denied The Right to Vote for their Preferred Candidates to Represent them in Georgia's 8th Congressional District U.S. House of Representatives Five (5) Months and Three (3) Weeks After the November 5, 2024 General Election because of their Deliberate Violation of Georgia State Election Law and United States Federal Election Law O.C.G.A. § 21-2-133, United States Federal Law 18 U.S.Code Chapter 29 - ELECTIONS AND POLITICAL ACTIVITIES 18 U.S. Code § 595, 18 U.S. Code § 594, 52 U.S. Code § 10101 (b)(c)(d), and 52 U.S.C. § 10304 (b), RE-DO the CERTIFIED QUALIFIED WRITE-IN CANDIDATES LIST for the November 5, 2024 Georgia U.S. Federal General Election and the NEW Georgia 8th Congressional District SPECIAL ELECTION that will be LAWFULLY SCHEDULED Five (5) Months and Three (3) Weeks After the November 5, 2025 Georgia Federal General Election Because of Unlawful Violations of the Georgia Secretary of State Bradford Jay Raffensperger and his Office To Unlawfully INTERFERE With and DENY ME The Right To Have Georgia 8th Voters Vote For Their Preferred LAWFUL CANDIDATE, ADD and PLACE my name on the CERTIFIED QUALIFIED WRITE-IN CANDIDATES LIST Pursuant to Georgia Law

O.C.G.A. § 21-2-133, RE-SUBMIT THE CERTIFIED QUALIFIED WRITE-IN CANDIDATES LIST TO ALL 30 COUNTIES, PAY For The Damages The Georgia Secretary of State Bradford Jay Raffensperger and His Office Have Caused My Candidacy and My Campaign in the Amount of $5,000,000 To Run Political Ads and Get Out The Vote of Georgia 8th Congressional District Voters To Vote in A SPECIAL ELECTION, WHICH IS A HARDER CHALLENGE BECAUSE VOTERS DO NOT LIKE TO COME BACK OUT TO VOTE BECAUSE THIS WILL NOT BE A PRESIDENTIAL GENERAL ELECTION, Which I Was DENIED The Right To Run In Because of the Georgia Secretary of State Bradford Jay Raffensperger and His Office UNLAWFULLY DENYING ME ACCESS To Have My Name On The Qualified Registered WRITE-IN CANDIDATES To Be Voted For In The November 5, 2024 Georgia Federal Election, ORDER AN INDEPENDENT OFFICIAL TO ADMINISTER THE NEW GEORGIA 8TH CONGRESSIONAL DISTRICT ELECTION BECAUSE Georgia Secretary of State Bradford Jay Raffensperger Cannot Be Trusted To Run A Lawful Free and Fair Election In The State of Georgia When My Name Is On The Ballot and SCHEDULE A PRESS CONFERENCE WITH ALL MAJOR NEWS TELEVISION NETWORKS TO ANNOUNCE THE CORRECTION AND ADDITION OF MY NAME AS A WRITE-IN CANDIDATE TO GEORGIA VOTERS IN GEORGIA 8TH CONGRESSIONAL DISTRICT WITH ME IN ATTENDANCE, and I HAVE AN OPPORTUNITY TO ADDRESS GEORGIA 8TH CONGRESSIONAL DISTRICT VOTERS.

Respectfully submitted,
Justin Laster

This 25th day of November, 2024.



**WRITE-IN ELECT JUSTIN LASTER**
**U.S. CONGRESS 8TH DISTRICT**
Early Voting: October 15th - November 1st, 2024
Justin Laster Is Your Champion   justindlaster.com

# CORDELE DISPATCH

"It is better to light one small candle than to sit and curse the darkness."

www.cordeledispatch.com          WEDNESDAY, JUNE 26, 2024          75 CENTS

## Crisp Regional gives update on construction and patient flow



## Avoiding additional costs to taxpayers

**Sarah Brown**
*Managing Editor*

The Cordele Dispatch recently spoke with the tax assessors' office after noticing an increase on social media regarding an increase in property value and taxes. Now of course this can be a large concern for many people but we are here to tell you how they assess properties and how all of this is actually saving the taxpayers money although it may not seem like it.

assessed value.
 Sales ratio equation
 80000 x 40%
 100000
 Ratios of 36% to 44% of assessed value equals 90% to 110% of market value (sales price)
 From the most recent audited sales ratio report (2022), Crisp and Dooly county are the only two counties in our surrounding area that are within compliance of the 36% to 44% sales ratio. If this were not the case, they



**WRITE-IN ELECT JUSTIN LASTER**
**U.S. CONGRESS 8TH DISTRICT**
TUESDAY NOVEMBER 5, 2024
It's Time To Try Someone New    justindlaster.com

# CORDELE DISPATCH

"It is better to light one small candle than to sit and curse the darkness."

www.cordeledispatch.com          WEDNESDAY, MAY 29, 2024          75 CENTS

## Subject arrested for child molestation



## Traffic stop leads to drug arrest



## Wilcox Commissioners switch insurance carriers for employees

**Lucas C. Allison**
Dispatch Correspondent

The Wilcox Board of Commissioners held a Public Hearing to receive input from citizens on the county's intention to abandon Raven Lane and remove it from the official list of county owned and maintained roads. Those present for the hearing were Chairman Mel Powell, Commissioners Clay Reid, Jamie Handley and Alfonso Hall. Also

the Flag. The first item on the agenda was the closing of Raven Lane, after being properly moved and seconded the closure was approved. The second item on the agenda was Rep. Noel Williams presented comparisons between the county's current health insurance provider Blue Cross and Blue Shield(BCBS) and United Health Care (UHC). Mr. Williams stated that BCBS had submitted a rate increase of twenty percent, which they eventually



# Office of the Secretary of State
## Elections Division

# CERTIFICATION OF WRITE-IN VOTES

Final Tally of Qualified Write-In Candidates for the November 5, 2024, General Election.

| President of the United States | Total |
|---|---|
| Brian Kienitz | 13 |
| Nomusa Venita Smith | 3 |
| Peter Sonski | 730 |
| Jay J Bowman | 30 |
| President R Boddie | 14 |
| Shiva Ayyadurai | 37 |
| Susan Maude Buscher | 3 |
| Emily Mathews | 19 |
| André Ramon McNeil Sr | 9 |

| United States House of Representatives, District 6 | Total |
|---|---|
| Elfreda Desvinges | 45 |

| United States House of Representatives, District 11 | Total |
|---|---|
| Tracey Verhoeven | 10,226 |

| State Representative, District 139 | Total |
|---|---|
| Robert Mallard | 40 |

Counties/Precincts Reporting **100%**

Exhibit D

Office of the Secretary of State
Elections Division



# NOTICE OF INTENTION FOR WRITE-IN CANDIDACY
## (Candidates)

I, __Justin Dekota Loster__
**Name of Candidate as Registered**

hereby give notice that I intend to be a Write-in candidate for the office of:
__Congressional District 8 U.S. Congress__
**Name and District (if any) of Office Sought**

in the General or Special Election to be held on the __5th__ day of __November__, 20__24__;

and I would like my name to appear on the Certified List of Write-In Candidates as:

__Justin Loster__
**Name As to Appear on the Certified List if different from name as registered**

that I am candidate is eligible to hold such office and that my address is:

__2014__  __Armory Drive__   __N/A__
**Street Number**  **Street Name**   **Apt. #**

__Americus__   __GA__   __31719__
**City**   **State**   **Zip**

__Sumter__      __2__        __17__
**County**   **District**   **Years in District**

and that I am qualified to vote in the said election.

__[signature]__      __7/10/24__
**Signature of Candidate**   **Date**

**Office of the Secretary of State**
**Elections Division**



# AFFIDAVIT FOR PUBLISHED NOTICE OF A WRITE-IN CANDIDACY

I, __Justin Dekota Laster__, swear (or affirm) under
        Full Name

the penalty of law that the attached notice has been published in the

__Cordele Dispatch__
              Legal Name of Newspaper

on the __29th__ day of __May__, 20__24__.

__[signature]__                    __7/10/24__
Signature of Affiant                    Date

---

*For Official Notary Use*

State of Georgia,
County of __DeKalb__.

This affidavit was signed and sworn (or affirmed) before me on __July 10th, 2024__ by

__Marvin Wooley__.
(Printed Name of Affiant)

__Marvin Wooley__          __1/21/2027__
Signature of Notary           Commission Expiry Date

[Notary Seal]

**NOTE: A COPY OF THE NOTICE AS PUBLISHED IN THE NEWSPAPER MUST ACCOMPANY THIS AFFIDAVIT AND BE FILED NO LATER THAN THE FIFTH DAY AFTER THE DEADLINE FOR GIVING NOTICE OF INTENTION FOR WRITE-IN CANDIDACY.**

Secretary of State • Elections Division • 2 MLK Jr. Drive • 8th Floor West Tower • Atlanta, Georgia 30334 • 404.656.2871

SOS ELECTIONS
JUL 10 2024 PM 2:25

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have served the within and foregoing EMERGENCY APPLICATION INJUNCTIVE RELIEF, PRELIMINARY INJUNCTION OF GEORGIA SECRETARY OF STATE BRADFORD JAY RAFFENSPERGER & GEORGIA SECRETARY OF STATE OFFICE UNLAWFULLY DENIED JUSTIN LASTER, POLITICAL CANDIDATE FOR U.S. HOUSE OF REPRESENTATIVE GEORGIA 8TH CONGRESSIONAL DISTRICT NAME ON LIST OF REGISTERED CERTIFIED QUALIFIED CANDIDATES GEORGIA VOTERS COULD VOTE FOR & ELECT AS THEIR NEW U.S. HOUSE REPRESENTATIVE GEORGIA 8TH CONGRESSIONAL DISTRICT & RECOUP OF MONETARY DAMAGES CAUSED TO MY CANDIDACY & CAMPAIGN VIOLATIONS OF 18 U.S. CODE § 595, 18 U.S. CODE § 594, 52 U.S. Code § 10101, 52 U.S. CODE § 10304, O.C.G.A. § 21-2-133 upon counsel for all parties by depositing a copy thereof, postage prepaid, in the United States Mail properly addressed upon the following:

United States District Court for the Northern District of Georgia
Atlanta Division
Richard B. Russell Federal Building and United States Courthouse
Office of the Clerk
75 Ted Turner Drive
Atlanta, GA 30303

Justin Laster
Pro Se

This 25th day of November, 2024.

Justin Laster
2014 Armory Drive
Americus, GA 31719
justindelaster@gmail.com